# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

RONNIE WHTEHEAD,

        Plaintiff,

vs.

VA,

        Defendants.

2:19-cv-00862-GMN-VCF

**ORDER**

Before the Court is *Ronnie Whitehead v. VA,* case number 2:19-cv-00862-GMN-VCF. Plaintiff filed a motion to proceed *in forma pauperis* on May 21, 2019. (ECF No. 1). The Court denied the motion to proceed *in forma pauperis* for failure to disclose information on his monthly expenses, dependent information, debts, and child support. (ECF No. 3). Whitehead was ordered to complete all the questions in the application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee by July 12, 2019. *Id.*

To date, Whitehead has not filed an amended application to proceed *in forma pauperis* or pay the filing fee. It appears that Whitehead has abandoned this litigation. A complaint has not been lodged in this matter since the application for *in forma pauperis* was denied and the filing fee was not paid.

Accordingly,

IT IS HEREBY ORDERED that Clerk of Court administratively close this case.

DATED this 15th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE